IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 18 CV 1731 |
| v. ) | |
| ) | Judge Alonso |
| EMPIRE PHARMACY CONSULTANTS, LLC ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. The claims of the putative class are dismissed without prejudice and without costs. Plaintiff dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

**PLAINTIFF**

**GLEN ELLYN PHARMACY, INC.**

s/ Dulijaza Clark
By one of its attorneys
Dulijaza (Julie) Clark
Edelman, Combs, Latturner & Goodwin LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
312-739-4200

**DEFENDANT**

**EMPIRE PHARMACY CONSULTANTS, LLC**

s/Bart T. Murphy (with permission)
By one of its attorneys
Bart T. Murphy
Ice Miller, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392

1

## **CERTIFICATE OF SERVICE**

I, Dulijaza Clark, hereby certify that on June 25, 2018, I caused a true and accurate copy of the forgoing notice to be filed via the court's CM/ECF system which caused notice via email to be sent to all counsel of record.

    s/ Dulijaza Clark
    Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)