UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Glen Ellyn Pharmacy, Inc.

                                   Plaintiff,

v.                                                          Case No.: 1:18−cv−01731
Honorable Jorge L. Alonso

Empire Pharmacy Consultants, L.L.C., et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 25, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: A stipulation to dismiss [23] has been filed. Plaintiff's individual claims are dismissed with prejudice and puntative class claims are dismissed without prejudice Plaintiff's claims against John Does 1−10 are dismissed without prejudice. Status hearing previously set for 7/12/18 is stricken. Parties' stipulation to dismiss [22] is stricken. Civil Case Terminated. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.